# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VAN R. MCDOW, | Case No. 2:17-cv-00771-JCM-NJK |
| Plaintiff(s), | **ORDER** |
| v. | |
| WELLS FARGO FINANCIAL CARDS, et al., | |
| Defendant(s). | |

On April 12, 2017, Plaintiff filed a notice of settlement with Equifax. Docket No. 9. No later than July 6, 2017, the parties shall file dismissal papers or a joint status report.

IT IS SO ORDERED.

Dated: June 22, 2017

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE